```
 1  BRIAN C. SHAPIRO
    ATTORNEY AT LAW 192789
 2  LAW OFFICES OF LAWRENCE D. ROHLFING
    12631 EAST IMPERIAL HIGHWAY, SUITE C-115
 3  SANTA FE SPRINGS, CALIFORNIA  90670-4712
    TEL: 562/868-5886
 4  FAX:  562/868-5491
    E-MAIL: Rohlfing_office@msn.com
 5
    Attorney for plaintiff DANA T. TOLIVER
 6
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| DANA R. TOLIVER, | Case No.: CV 08-00155 (AGR) |
| Plaintiff, | ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE ALICIA G. ROSENBERG, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismiss the above matter without prejudice. Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE: July 28, 2008                    _____

THE HONORABLE
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

-1-